EVANGELICAL LUTHERAN CHURCH OF THE EPIPHANY v.
RABELL et al.

(Supreme Court, Appellate Division, First Department. December 23, 1910.)

TRUSTS (§ 169*)—APPOINTMENT OF NEW TRUSTEE—COLLATERAL ATTACK.
    Where the court exercised its power to appoint a substituted trustee,
    and exercised its discretion whether he should give security, the validity
    of the appointment and the power of the trustee under it was not open to
    collateral attack, and a title tendered by the substituted trustee was mar-
    ketable.
    [Ed. Note.—For other cases, see Trusts, Dec. Dig. § 169.*]

Submission of controversy on agreed facts between the Evangelical
Lutheran Church of the Epiphany and Charles F. Rabell and another.
Judgment for defendants.

Argued before INGRAHAM, P. J., and LAUGHLIN, MILLER,
McLAUGHLIN, and DOWLING, JJ.

C. S. Harris, for plaintiff.
B. E. Rabell, for defendants.

PER CURIAM. We think the court had power to appoint a sub-
stituted trustee, and the question whether or not he should give se-
curity was a matter resting in the discretion of the court under the
law as it then existed. The court having exercised that discretion,
the validity of the appointment and the power of the trustee under it
was not open to collateral attack.

We think, therefore, that the title tendered by deed from the substi-
tuted trustee was a marketable title, and the plaintiff was bound to
accept it.

Judgment ordered for defendants, with costs.